**Notice to all attorneys:** Mandatory electronic filing begins January 1, 2005. See www.canb.uscourts.gov for details.

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Angelina M. Pizano | Case No.: 02−50676 JRG 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 4/6/05 dismissing the above−captioned case.

Dated: 4/6/05

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 32

```
District/off: 0971-5          User: besparza            Page 1 of 1              Date Rcvd: Apr 07, 2005
Case: 02-50676                Form ID: DOC              Total Served: 17


The following entities were served by first class mail on Apr 08, 2005.
db          Angelina M. Pizano,   P.O. Box 6943,   State Line, NV  89449-6943
smg         CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
             Sacramento, CA  94280-0001
smg         Secretary of The Treasury,   15th and Pennsylvania Ave. NW,   Washington, DC  20220-0001
smg         State Board of Equalization,   Attn: Special Procedures Section, MIC:55,   P.O. Box 942879,
             Sacramento, CA  94279
6341815   +Allied Interstate Inc.,   435 Ford Rd.,   Saint Louis Park MN 55426-1096
6341813   +Angelina M Pizano,   253 Garden Lane,   Los Gatos CA 95032-2517
6341816   +Attorney General,   USDOJ Tax Division,   Civil Trial Section West Region,
             POB 683 Ben Franklin Station,   Washington DC 20044-0683
6341817   +Bank One,   8620 N. 22nd Ave. Ste. 108,   Phoenix AZ 85021-4251
6341818    Capital One Bank,   P O Box 85064,   Glen Allen VA 23058
6341819   +David W Shapiro,   United States Attorney,   10th Floor Federal Bldg.,
             450 Golden Gate Ave Box 36055,   San Francisco CA 94102-3432
6341820   +FCNB Spiegel,   PO Box 5280,   Portland OR 97208-5280
6341814    Richard T Hilovsky 071221,   Law Office of Richard T Hilovsky,   960 Saratoga Avenue Suite 112,
             San Jose CA 95129-3411

The following entities were served by electronic transmission on Apr 07, 2005 and receipt of the transmission
was confirmed on:
smg         EDI: CALTAX.COM Apr 07 2005 12:40:00     CA Franchise Tax Board,   Attn: Special Procedures,
             P.O. Box 2952,   Sacramento, CA  95812-2952
6341821    EDI: CALTAX.COM Apr 07 2005 12:40:00     Franchise Tax Board,   Special Procedures,   P O Box 2952,
             Sacramento CA 95812-2952
6341822   +EDI: IRS.COM Apr 07 2005 12:39:00     Internal Revenue Service,   Special Procedures Functions,
             P O Box 99 Stop HQ 5430,   San Jose CA 95103-0099
6341823   +EDI: PROVID.COM Apr 07 2005 12:40:00     Providian Financial,   P O Box 194850,
             San Francisco CA 94119-4850
6373433   +EDI: PROVID.COM Apr 07 2005 12:40:00     Providian National Bank,   4900 Johnson Dr.,
             Pleasanton CA 94588-3308
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Valley National Financial Services
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2005            Signature:    *Joseph Speetjens*