DEVIN DERHAM-BURK
CHAPTER 13 TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

**Entered on Docket**
**April 06, 2005**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**IT IS SO ORDERED.**
**Signed April 06, 2005**

_____
James R. Grube
U.S. Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ANGELINA M PIZANO | CHAPTER 13 |
| | CASE NO: 02-50676JRG |
| Debtor(s) | |

### ORDER OF DISMISSAL

Upon consideration of the declaration dated April 5, 2005 of Devin Derham-Burk, the Chapter 13 Trustee, filed with this court attesting to the default of debtor(s) under the terms of the plan; and upon the continuing default of the debtor. The court being satisfied that the Chapter 13 Trustee served the debtor(s) and counsel for debtor(s) with a NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE; and upon good cause shown,

IT IS THEREFORE ORDERED that the instant case be and the same is hereby dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

Notwithstanding the dismissal of this case, the Trustee shall remit to the clerk of the court funds from any previously disbursed checks which remain uncashed.

IT IS FURTHER ORDERED that the Trustee shall pay from funds collected in this matter, to the extent funds are remaining, any fees payable to the Bankruptcy Clerk, including noticing fees arising from the case herein.

*** END OF ORDER ***

COURT SERVICE LIST

Case Name:    ANGELINA M PIZANO                         Case No.: 02-5-0676 JRG


ANGELINA M PIZANO

****MAIL RET'D 022405****
P O BOX 8078
SOUTH LAKE TAHOE CA 96158

RICHARD T HILOVSKY
960 SARATOGA AVE #112
SAN JOSE CA
         95129

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0971-5          User: besparza          Page 1 of 1              Date Rcvd: Apr 07, 2005
Case: 02-50676                Form ID: pdfeo          Total Served: 1
```

The following entities were served by first class mail on Apr 08, 2005.
db          Angelina M. Pizano,    P.O. Box 6943,    State Line, NV   89449-6943

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2005                     Signature:    /s/ Joseph Speetjens